IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BLACKBURNE & SONS REALTY
CAPITAL CORPORATION,

    Plaintiff,

v.

RICK L. ANDERSON, SHEILA
ANDERSON, LOYAL E. ANDERSON,
and L.E. ANDERSON BROS. OIL CO.,

    Defendants.

Case No. 18-CV-1115-NJR-RJD

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

On January 16, 2019, the Court granted Plaintiff's Motion for Default Judgment (Doc. 45) and entered a Judgment against Defendants (Doc. 46). On May 6, 2019, Plaintiffs filed a Notice of Sale (Doc. 47). Now before the Court is Plaintiff's Amended Motion for Order of Sale (Doc. 51), confirming the sale of the premises which are the subject of this matter and described as:

> LOT NUMBER FORTY-FOUR (44) OF THE KIEFFER SUBDIVISION, BEING A PART OF THE SOUTHEAST QUARTER (SE/4) OF THE NORTHWEST QUARTER (NW/4) OF SECTION TWENTY-NINE (29), TOWNSHIP ONE (1) SOUTH, RANGE TWELVE (12) WEST OF THE 2ND PRINCIPAL MERIDIAN, WABASH COUNTY, ILLINOIS, AS SHOWN ON A PLAT RECORDED IN PLAT RECORD 2, SLIDE 132, IN THE WABASH COUNTY RECORDER'S OFFICE, SITUATED IN THE CITY OF MT. CARMEL, COUNTY OF WABASH, IN THE STATE OF ILLINOIS, COMMONLY REFERRED TO AS 111 S. ELM ST., MOUNT CARMEL, IL 62863.

The Court **FINDS** that all notices required by 735 ILCS 5/15-1507(c) were given, including a Notice of Sale (Doc. 47). The Court further **FINDS** that the sale was fairly and properly made, and that the Court-appointed receiver proceeded in accordance with the terms of this Court's Judgment.

The Court **GRANTS** Plaintiff's Motion (Doc. 53) and **ORDERS** that the sale of the premises involved herein and the Residential Sales Contracts for the premises are hereby approved, ratified, and confirmed; the proceeds of the sale be distributed in accordance with the contracts.

**IT IS SO ORDERED.**

**DATED:  August 20, 2019**

s/ Nancy J. Rosenstengel  
**NANCY J. ROSENSTENGEL**  
**Chief U.S. District Judge**
